**CHRISTOPHER J. CHRISTIE**
United States Attorney
**STUART A. MINKOWITZ**
**ALLAN B.K. URGENT**
Assistant U.S. Attorneys
970 Broad Street, Suite 700
Newark, New Jersey  07102
(973) 645-2700
SAM-2692

RECEIVED
DEC 19 2006
AT 8:30          5'31  P.M.
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **STATE OF NEW JERSEY,** | : | Hon. |
| Plaintiff, | : | No. |
| v. | : | **NOTICE OF REMOVAL** |
| **CHARLES TAMBURELLO,** | : | |
| Defendant. | : | |

TO:  Ms. Elaine Vitellaro, C.M.C.A.
     Hanover Township Municipal Court Administrator
     Municipal Building
     1000 Route 10
     P.O. Box 250
     Whippany, New Jersey 07981-0250

     Peter J. King, Esq.
     Hanover Township Municipal Prosecutor
     75-B North Beverwyck Road
     Lake Hiawatha, New Jersey 07034

**PLEASE TAKE NOTICE** that this case, previously pending in the Hanover Township Municipal Court under Summons Number S-2006-000383-1412, is hereby removed to the United States District Court for the District of New Jersey, pursuant to the provisions of 39 U.S.C. § 409(a) and 28 U.S.C. § 1442.

The defendant, Charles Tamburello, by and through his

2

attorney, Christopher J. Christie, United States Attorney, District of New Jersey (Stuart A. Minkowitz and Allan B.K. Urgent, Assistant U.S. Attorneys, appearing), respectfully states the following upon information and belief:

1. The complainant, an employee of the United States Postal Service, filed this action against her supervisor who was acting within the scope of his duties as a Manager of Distribution Operations at the time and place (United States Postal Service Facility, Whippany, New Jersey) alleged in the complaint.

2. The Complaint was served on the defendant, on or about October 30, 2006, a copy of which is attached hereto as Exhibit A.

3. In an Order dated March 29, 1999, and received by the defendant on November 14, 2006, the Hanover Township Municipal Court ordered reciprocal discovery under New Jersey Rules of Court (R. 7:7-7(c)). A copy is attached hereto as Exhibit B.

4. The State of New Jersey by its counsel, Thomas H. Westfield, Esq., Assistant Hanover Township Municipal Prosecutor, and the complainant, Ms. Margaret Grant, have represented that they have no objection to the removal of the action to this Court.

THEREFORE, in accordance with 39 U.S.C. § 409(a) and 28 U.S.C. § 1442, the above captioned action brought in the

3

Hanover Township Municipal Court under Summons Number S-2006-000383-1412, is now removed to this Court.

                                        Respectfully submitted,

                                        CHRISTOPHER J. CHRISTIE
                                        United States Attorney
                                        ALLAN B.K. URGENT
                                        Assistant U.S. Attorney

                        By:   STUART A. MINKOWITZ
                                        Assistant U.S. Attorney

Dated: December 19, 2006

# The State of New Jersey
## vs.

| Field | Value |
|---|---|
| POLICE CASE NO. | |
| COURT (NAME, ADDRESS, TELEPHONE NO.) | HANOVER TWP, PO BOX 250, 1000 RT 10, WHIPPANY NJ 07981 |
| COUNTY OF | MORRIS, N.J. |
| COURT CODE | 1412 |
| COURT DOCKET NUMBER(S) | 1 THRU 1 |
| Defendant Name | CHARLES TAMBURELLO |
| Address | C/O JOE P. MOLONEY PLANT MANAGER |
| City, State | WHIPPANY, NJ 07981 |
| Date of birth | 00-00-0000 |
| Date of arrest | 00-00-0000 |
| Number of co-defendants | 000 |
| Dr. Lic. # | |
| SBI No. | |

**COMPLAINT - SUMMONS**

Complainant Name: MARGARET P GRANT
Residing at: 1140 ROUTE 22 WEST, NORTH PLAINFIELD NJ 07060

Upon oath says that, to the best of (his) (her) knowledge, information and belief, the named defendant on or about the 25 day of 10, 2006, in HANOVER TWP, Municipal Code No. 1412, County of MRS, N.J.

WITHIN THE JURISDICTION OF THIS COURT, DID COMMIT THE DISORDERLY PERSONS OFFENSE OF HARASSMENT SPECIFICALLY BY STATING TO HER "WHEN I COME AFTER YOU, TRUST ME, YOU WILL LOOSE, THAT'S A PROMISE" IN VIOLATION OF

In Violation Of: Domestic Violence - Confidential

| Charge Number N.J.S. 1 | ACSX | Charge Number N.J.S. | ACSX | Charge Number N.J.S. | ACSX |
| --- | --- | --- | --- | --- | --- |
| Charge Number 33-4A As Amended N.J.S. 1 | ACSX | Charge Number As Amended N.J.S. | ACSX | Charge Number As Amended N.J.S. | ACSX |

Subscribed and sworn to before me this 25th day of October, 2006.

Signed _____ (NAME AND TITLE OF PERSON ADMINISTERING OATH)
Signed _____ (COMPLAINANT)

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT WILL BE ISSUED FOR YOUR ARREST.

DATE SUMMONS ISSUED: 10/25/2006   DATE TO APPEAR: 11/06/2006   TIME: 05:00 PM

LCA

**POLICE RETURNED**

X  I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS BY MAILING IT TO THE DEFENDANT AT 54 South Jefferson Rd. Whippany, NJ 07981
(THIS BEING HIS (HER) LAST KNOWN ADDRESS)

☐ I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS BY DELIVERING A COPY TO _____ (NAME AND TITLE OF CORPORATE OFFICER OR OTHER AUTHORIZED AGENT)

☐ I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS BY LEAVING A COPY AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH _____ (A MEMBER OF HIS (HER) FAMILY OVER 14 YEARS OF AGE)

☐ I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS BY DELIVERING A COPY TO THE DEFENDANT PERSONALLY.

☐ I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS BY LEAVING A COPY AT THE REGISTERED OFFICE OF THE DEFENDANT CORPORATION WITH _____ (THE PERSON IN CHARGE THEREOF)

☐ THIS IS TO CERTIFY THAT THE DEFENDANT COULD NOT BE FOUND NOR HAS HE ANY ABODE IN THIS COUNTY

DATE OF ACTION: 10/26/06
Signed: Det. A. Thompson  H.T.P.D.
(NAME, TITLE AND DEPARTMENT OF OFFICER)

Case 2:06-cr-01009-SDW    Document 1    Filed 12/19/06    Page 6 of 9 PageID: 6

TOWNSHIP OF HANOVER MUNICIPAL COURT

ORDER REGARDING
RECIPROCAL DISCOVERY
PURSUANT TO RULE 7:7-7(C)

IN THE MATTER OF RECIPROCAL
DISCOVERY BY THE STATE FROM
DEFENDANTS

This matter having been opened to the Court upon application of Thomas Westfield, Prosecutor for the Township of Hanover, and for good cause having been shown;

It is on this 29th day of March, 1999;

ORDERED, pursuant to Rule 7:7-7(C), that when discovery is requested of the State by or on behalf of a defendant in any matter pending before the Court, the defendant shall permit the State to inspect, copy and photograph or be provided with copies of any relevant: (1)results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the matter or copies of these results or reports within the possession, custody or control of the defendant or defense counsel; (2)any relevant books, originals or copies of papers and other documents or tangible objects, buildings or places within the possession, custody or control of the defendant or defense counsel; (3)the names and addresses of those persons known to defendant who may be called as witnesses at trial and their written statements, if any, including memoranda reporting or summarizing their oral statements; (4)written statements, if any, including any memoranda reporting or summarizing the oral statements, made by any witnesses whom the government may call as a witness at trial; and (5)the names and addresses of each person whom the defense expects to call to trial as an expert witness, the expert's qualifications, the subject matter on which the expert is expected to testify, and a copy of the

report, if any, of such expert witness, or if no report is prepared, a statement of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion. If this information is requested and not furnished, the expert may, upon application by the prosecuting attorney, be barred from testifying at trial.

_____
Brian R. O'Toole, J.M.C.

4

## Certificate of Service

This is to certify that I mailed a copy of the within Notice of Removal, by first class mail, on the date given below, to:

Ms. Elaine Vitellaro, C.M.C.A.
Hanover Township Municipal Court Administrator
Municipal Building
1000 Route 10
P.O. Box 250
Whippany, New Jersey 07981-0250

Peter J. King, Esq.
Hanover Township Municipal Prosecutor
75-B North Beverwyck Road
Lake Hiawatha, New Jersey 07034

I certify under penalty of perjury that the foregoing statements are true. Executed on this 19th day of December, 2006.

*[signature]*